UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-21894-CIV-JEM

JOEL SAINT HURBAIN, WIDLIN )
EDOUARD, and all others similarly situated )
under 29 U.S.C. 216(B), )
)
       Plaintiffs, )
vs. )
)
SPASIC & ASSOCIATES, INC., )
)
       Defendant. )
_____ )

## PLAINTIFFS' MOTION TO EFFECTUATE SERVICE OF PROCESS BY PUBLICATION

Come Now Plaintiffs, by and through undersigned counsel, pursuant to Federal Rules of Civil Procedure Rule 4(m), 6(b)(1)(a) and Local Rule 7.1, and hereby file their Motion to Effectuate Service of Process by Publication and in support thereof states as follows:

1. Pursuant to Federal Rule of Civil Procedure 4(m) Plaintiff must serve the summons and complaint on Defendants within 120 days of when the Complaint was filed.

2. As indicated by the attached affidavit, several attempts have been made to serve corporate defendant Spasic & Associates, Inc., at the address of the registered agent as reflected by the State of Florida Secretary of State, and several other possible addresses which have been uncovered through the due diligence of the process server

3. As a result, Plaintiff's counsel believes that the only way to properly effectuate service on this Defendant is via publication.

4. Plaintiff requests that Plaintiff be allowed to effectuate service of process via publication in the The Daily Business Review pursuant to Southern District Local Rule 5.2(c),

Federal Rule of Civil Procedure 4(e) and Florida Statute 49.011 and 49.021 and be granted an extension of time for 90 days to effectuate service via publication.

## Memorandum of Law

Southern District Local Rule 5.2(c) states:

> **Publication.** Publication required by law or rule of court shall be made in a newspaper of general circulation. *The Daily Business Review* and such other newspapers as the Court from time to time may indicate are designated as official newspapers for the publication of notices pertaining to proceedings in this Court; provided, however, that publication shall not be restricted to the aforesaid periodicals unless an order for publication specifically so provides.

The Local Rules' basis for service via publication is seemingly derived from Federal Rule of civil Procedure 4(e) which allows service on an individual within a Judicial District of the Unites States by following State Law. Florida state law provides in Florida Statute 49.011 and 49.021 for service via publication.

Plaintiff hereby attaches the affidavits of the process server detailing their numerous attempts to effectuate service of process. As Plaintiff is unable to effectuate service of process by delivering the summons and the Complaint to the Defendants via a process server, Plaintiff respectfully requests that the Court allow Plaintiff to effectuate service of process via publication and be granted 90 days to effectuate service of process in accordance with Florida Statute 49.011 and 49.021.

Wherefore, Plaintiff respectfully requests that this Court grant the instant motion and permit that Plaintiff be allowed to effectuate service of process via publication in The Daily Business Review.

Respectfully Submitted,

        David Markel, Esq.
        The Markel Law Firm
        Attorney For Plaintiffs
        3191 Grand Avenue #1531
        Miami, Florida 33133
        Tel: (305) 458-1282
        Fax: 1-(800) 407-1718
        Email: David.Markel@markel-law.com

        By:__/s/ David Markel_____
          David Markel, Esq.
          Florida Bar Number: 78306

## **CERTIFICATE OF SERVICE**:

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT 9/18/14 VIA CM/ECF TO:**

Defendants have not yet appeared

        By:____/s/David Markel_____
          David Markel, Esq.