UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 14-21894-CIV-MARTINEZ-GOODMAN

JOEL SAINT HURBAIN, WIDLIN
EDOUARD, and all others similarly situated
under 29 U.S.C. 216(B),

    Plaintiffs,

vs.

SPASIC & ASSOCIATES INC.,

    Defendant.
_____/

## ORDER STAYING AND ADMINISTRATIVELY CLOSING CASE

THIS CAUSE came before the Court *sua sponte*. This Court recently granted Plaintiffs' Motion to Effectuate Service of Process by Publication, allowing Plaintiffs Joel Saint Hurbain, Widlin Edouard, and all others similarly situated under 29 U.S.C. § 216(B) ("Plaintiffs") up through and including **December 17, 2014** to effectuate service by publication upon Defendant Spasic & Associates, Inc. ("Defendant"). Accordingly, after careful consideration, it is hereby:

**ORDERED AND ADJUDGED** that

    1.    This case is **STAYED**, pending Plaintiffs' successful effectuation of service of process by publication upon Defendant.

    2.    Plaintiffs **SHALL** file a status report every thirty (30) days from the date of this Order advising the Court of the status of service.

    3.    Plaintiff **SHALL** immediately notify the Court if a lift of this stay becomes necessary.

4. The Clerk is **DIRECTED** to **DENY ALL PENDING MOTIONS AS MOOT**.

5. The Clerk shall **ADMINISTRATIVELY CLOSE** this case for statistical purposes only. This shall not affect the substantive rights of the parties.

DONE AND ORDERED in Chambers at Miami, Florida, this 22 day of September, 2014.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
All Counsel of Record